In the Matter of the Petition of the KEYSTONE STATE CONSTRUCTION COMPANY, Appellant, for a Writ of Certiorari against JOHN WILLIAMS, as Commissioner of Labor of the State of New York, Respondent.

*Matter of Keystone State Construction Co. v. Williams,* 155 App. Div. ——, affirmed.
(Submitted February 27, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1913, which reversed an order of Special Term denying a motion to quash a writ of certiorari and to vacate a stay and granted said motion.

The certiorari was issued to review the proceedings of the commissioner of labor in determining the prevailing rate of wages in the locality where petitioner was engaged upon a municipal contract.

*Wilbur L. Ball* for appellant.

*Thomas Carmody, Attorney-General (James A. Parsons* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.